UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

ANTHONY J. BURRIOLA,              )   3:10-CV-00344-ECR-VPC
                                  )
    Plaintiff,                    )   MINUTES OF THE COURT
                                  )
vs.                               )   DATE: August 2, 2010
                                  )
WARDEN PALMER, et al.,            )
                                  )
    Defendants.                   )
_____)

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

    This matter is referred to the Chief Judge for reassignment to another judge.

                                            LANCE S. WILSON, CLERK

                                            By         /s/
                                                  Deputy Clerk